IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD PUSTOVRH, | Civil Division |
| Plaintiff, | No: 14-726 |
| v. | US Magistrate Judge Robert C. Mitchell |
| SGT. JAMES SPINGOLA, as an individual and in his capacity as Sergeant of the Canonsburg Police Department; BOROUGH OF CANONSBURG, a Pennsylvania Municipality; and CANONSBURG POLICE DEPARTMENT, | ELECTRONICALLY FILED |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL of all claims of RICHARD PUSTOVRH, against all Defendants, in the above-captioned matter, with prejudice.

Respectfully submitted,

_____
Keith Owen Campbell, Esquire
Counsel for Plaintiff
The Law Office of Keith Owen Campbell
31 North Main Street
Washington, PA 15301
724- 228-3826
724- 228-3827/fax
law@keith-campbell.com

 s/ Paul D. Krepps
Paul D. Krepps, Esquire  PA#73038
Danielle M. Vugrinovich, Esquire PA# 88326
Counsel for Defendants
Marshall, Dennehey, Warner, Coleman & Goggin
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
412 803-1140
412 803-1188/fax
pdkrepps@mdwcg.com
dmvugrinovich@mdwcg.com

12/2308461.v1