**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD PUSTOVRH, | ) | Civil Division |
| | ) | |
| Plaintiff, | ) | No: 14-726 |
| | ) | |
| v. | ) | |
| | ) | US Magistrate Judge Robert C. Mitchell |
| SGT. JAMES SPINGOLA, as an individual and in his capacity as Sergeant of the Canonsburg Police Department; BOROUGH OF CANONSBURG, a Pennsylvania Municipality; and CANONSBURG POLICE DEPARTMENT, | ) ) ) ) ) ) ) | *ELECTRONICALLY FILED*  **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER OF COURT

AND NOW, this _____ day of _____, 2015, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed in its entirety, with prejudice.

BY THE COURT:

_____J.
US Magistrate Judge Robert C. Mitchell

12/2308473.v1